Kareem Jamal CURRENCE,
Petitioner–Appellant,

v.

E.K. CAULEY, Warden, Respondent–
Appellee.

No. 13–7732.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 26, 2014.

Kareem Jamal Currence, Appellant Pro Se.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Jamal Currence, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's order. *Currence v. Cauley,* No. 1:11–cv–00088, 2013 WL 5658345 (S.D.W.Va. Oct. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*